IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AVATAR MEHER BABA HEARTLAND CENTER, INC., an Oklahoma non-profit corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-17-1034-HE-M |
| | ) |
| STATE FARM FIRE & CASUALTY COMPANY, an Illinois Corporation, | )<br>)<br>) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Avatar Meher Baba Heartland Center, Inc., an Oklahoma non-profit corporation, and Defendant, State Farm Fire & Casualty Company, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof. Each side is to bear its own costs and fees.

*/s/Edward L. White*
Edward L. White, OBA#16549
829 E. 33rd Street
Edmond, OK 73013
405.810.8188
405.608.0971
ed@edwhitelaw.com
***Counsel for Plaintiff***

/s/ *Lance E. Leffel*
Jeffrey A. Curran, OBA #12255
Lance E. Leffel, OBA # 19511
John M. "Jake" Krattiger, OBA #30617
GABLEGOTWALS, P.C.
211 North Robinson, 15th Floor
Oklahoma City, OK 73102-7101
405.235.5500
405.235.2875
lleffel@gablelaw.com
***Attorneys for Defendant***
***State Farm Fire & Casualty Company***

{S487892;2}